## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **JOLENE A. GOEDEN**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint against JASON JAYAVARMAN, DOB 10/15/1969, for crimes in violation of 18 U.S.C. § 2423(b) (attempted travel with intent to engage in illicit sexual conduct), 18 U.S.C. § 2423(c) (engaging in illicit sexual conduct in foreign places, and 18 U.S.C. §§ 2251(a) (production and transportation of visual depiction of a minor engaged in sexually explicit conduct).

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since April 2004. In this assignment I have investigated a number of violations of United States Code. For the past several years, I have specialized in the investigation of crimes against children including but not limited to internet crimes against children, online enticement of children, child pornography possession and distribution, and commercial sexual exploitation of children. Further, I have conducted and participated in a large number of search warrants, arrest warrants, and interviews of people involved in crimes against children. I am a member of the Alaska Internet Crimes Against Children Task Force and routinely discuss the aspects of investigating these types of cases with other law enforcement and prosecutors. I have also attended trainings specific to the use of computers in the commission of crimes against children.

3. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, which included conversations with law enforcement officers and others and review of reports and database records.

4. Any facts or circumstances cited in this affidavit are from my personal knowledge, other law enforcement officials, or from those specific sources as set forth. Not all facts known to me are contained within this affidavit. Only those facts I believe relevant to the Court's probable cause determination are included.

5. In the course of a series of conversations and meetings with an FBI Undercover Employee (hereafter referred to as UCE), subject JASON JAYAVARMAN, discussed his prior trips to Cambodia for the purpose of having sex with children. JAYAVARMAN told the UCE that, on at least one occasion, JAYAVARMAN videotaped and took still images of a child engaged in sexual acts with him during a trip to Cambodia and that JAYAVARMAN transported the video containing a child engaged in sexual acts with him from Cambodia to Anchorage, Alaska. Speaking to the UCE, JAYAVARMAN also discussed his intention to travel to Cambodia with the UCE for the purpose of arranging for the UCE to have sex with a child.

### *UCE Telephone Call to JAYAVARMAN on 4/23/2013*

6. In a recorded telephone conversation on 4/23/2013, JAYAVARMAN told the UCE that JAYAVARMAN likes "young and fresh" girls. JAYAVARMAN referred to girls as young as 13 years old as he discussed at length how to have sex with a virgin girl.

7. The UCE told JAYAVARMAN he and a couple of his friends wanted to travel to Cambodia. The UCE asked JAYAVARMAN how to get a child in Cambodia and if he could arrange for a child to be delivered to him and his friends.

8. In this same phone call, JAYAVARMAN told the UCE that he made a movie of a young girl he had sex with in Cambodia.

9. In the same conversation, JAYAVARMAN also told the UCE that JAYAVARMAN has made "films" in the United States also. JAYAVARMAN also told the UCE how to get the child pornography from Cambodia to the United States.

## UCE Meeting with JAYAVARMAN on 6/11/2013

10. On 6/11/2013, the UCE travelled to Anchorage and met in person with JAYAVARMAN at the UCE's hotel room. Their conversation was recorded.

11. JAYAVARMAN explained that the children that he sexually abuses in Cambodia are from Vietnam.

12. JAYAVARMAN continued by telling the UCE the proper way to groom a child so as not to create problems with her family or the authorities in Cambodia. JAYAVARMAN explained that he knew someone who could girls as young as 12 or 13 years old.

13. JAYAVARMAN assured the UCE that the person delivering the child would be trustworthy because, JAYAVARMAN stated, he knows them.

14. JAYAVARMAN told the UCE that he wouldn't have any problems with the police in Cambodia. If they were to stop him or question him, JAYAVARMAN told the UCE to give them $10 and they will go away.

15. JAYAVARMAN talked to the UCE about which camera equipment works best to produce the video or still images of the sexual acts with children in Cambodia. JAYAVARMAN told the UCE that it is important to make the girl comfortable before making the souvenir or memento film or recording of the sex acts. JAYAVARMAN also told the UCE that JAYAVARMAN uses a Casio digital camera. He said he tried several other cameras but they didn't work for him and the Casio worked the best. JAYAVARMAN stated that he used a camcorder and thought it was JVC brand. He liked this camcorder because it can hold two memory cards. JAYAVARMAN suggested it was best to get at least a 32 gb card so that he could that the UCE could get 2 to 3 hours of recording and many still photos.

### UCE Telephone Call With JAYAVARMAN on 7/23/2013

16. During a consensually recorded telephone call between the UCE and JAYAVARMAN, JAYAVARMAN asked if the UCE was still planning to travel to Cambodia in August. The UCE told JAYAVARMAN he and his friends are ready to travel in mid to late August. JAYAVARMAN agreed to these dates. The UCE asked if JAYAVARMAN planned to join the UCE and his friends in getting young girls and JAYAVARMAN responded "yea" and "no problem". JAYAVARMAN also stated he traveled to Cambodia to go see his land.

### UCE Telephone Call With JAYAVARMAN on 7/29/2013

17. During a consensually recorded telephone call between the UCE and JAYAVARMAN on 7/29/2013, the UCE told JAYAVARMAN that he was looking at flights to book for their trip to Cambodia in August. The UCE stated he and his friends were planning on traveling to Cambodia on or about 8/21/2013 and that they were interested in young girls ages 11 or 12 and asked if this would be ok. JAYAVARMAN stated they would find the young girls and reminded the UCE that this was private business and should not be talked about in public. JAYAVARMAN also told the UCE that JAYAVARMAN was going to purchase his tickets for that same time period that the UCE and his friends were flying.

### UCE Meeting with JAYAVARMAN on 8/14/2013

18. On 8/14/2013, the UCE contacted JAYAVARMAN by telephone and invited him to meet at his hotel room. During this meeting, the UCE inquired about where in his home he should hide his souvenirs or child pornography when he traveled to Cambodia. JAYAVARMAN did not directly address this question and appeared more concerned with why he had been unable to reach the UCE by telephone earlier in the morning. JAYAVARMAN had also scheduled for he and the UCE to meet a friend for lunch so he told the UCE they needed to

leave to meet the friend. JAYAVARMAN also told the UCE he booked his ticket to Cambodia. JAYAVARMAN planned to travel to North Carolina and New York prior to arriving in Cambodia on 8/26/2013.

### *JAYAVARMAN's Admissions to Law Enforcement on 8/14/2013*

19. On August 14, 2013, FBI SA Steve Forrest and APD Detective Lenny Torres advised JAYAVARMAN of his Miranda rights, and JAYAVARMAN waived those rights, and made a number of specific recorded admissions about his sexual conduct with minors in Cambodia.

20. JAYAVARMAN admitted to having sex with 13 and 14 year-old girls in Cambodia. JAYAVARMAN acknowledged this is illegal activity in Cambodia but stated it is cultural.

21. JAYAVARMAN admitted that he recorded his sexual acts with one minor female in Cambodia. He stated he first had sex with her in the winter of 2009 when she was 14 years old and this continued for the next few years. JAYAVARMAN stated he last had sex with this minor child in October of 2011.

22. JAYAVARMAN advised he videotaped sexual activity with this minor female multiple times and brought these videos with him back to Alaska. JAYAVARMAN stated he has shown these videos to at least one of his friends.

### *JAYAVARMAN'S Travel History To Cambodia*

23. Your affiant has obtained travel records via Federal Grand Jury subpoena from various airlines and immigration records from the Cambodian National Police. Since 12/15/2009, JAYAVARMAN has traveled to Cambodia twelve times.

24. Those records specifically corroborate JAYAVARMAN's statement that he traveled from Alaska to Cambodia from 12/15/2009 to 12/29/2009, and again from 10/14/2011 to 10/25/2011. These dates coincide with the dates that JAYAVARMAN reported having sex with a minor female in Cambodia and videotaping the sexual activity.

25. Your affiant obtained confirmation from the Airline Reporting Commission on 8/6/2013 that JAYAVARMAN booked his travel to Cambodia for the August trip with the UCE. JAYAVARMAN was scheduled to leave Anchorage on 8/19/2013 and after multiple stops is scheduled to arrive in Phnom Penh, Cambodia on 8/26/2013. Those dates coincide with the plans JAYAVARMAN made with the UCE, and their plans for JAYAVARMAN to help the UCE and his friends obtain girls ranging in age from 11 to 14, with whom to have sex.

### *Evidence Seized in the Search of JAYAVARMAN's Residence*

26. On 8/14/2013, agents from the Anchorage FBI office executed a search warrant at JAYAVARMAN's residence, 3324 Eide Street, a youth hostel called Jason's International Youth Hostel, that according to State of Alaska business records, JAYAVARMAN owns.

27. Agents seized numerous forms of digital media from JAYAVARMANS residence including 14 SD cards, 7 sim cards, 7 thumb drives, two external hard drives, and six computers. Agents also seized a Casio camera and JVC camcorder.

28. FBI Forensic Examiners SA Bartko and SA Steeves previewed the SD cards and cameras while at the search location and found numerous homemade videos depicting JAYAVARMAN engaging in sexual acts with young females including the minor female identified in the next paragraph. SA Bartko and SA Steeves provided SA Goeden with still photos or "screenshots" of a young female's face from two of the videos.

29. SA Forrest and Detective Torres showed these photographs to JAYAVARMAN and he confirmed this was the minor female he had previously discussed having sex with and videotaping multiple times from December 2009 to October 2011.

30. Based on the above information, I believe there is probable cause that JASON JAYAVARMAN, has committed the following crimes, in violation of 18 U.S.C. § 2423(b) (attempted travel with intent to engage in illicit sexual conduct), 18 U.S.C. § 2423(c) (engaging in illicit sexual conduct in foreign places, and 18 U.S.C. §§ 2251(a) (production and transportation of visual depiction of a minor engaged in sexually explicit conduct).

/s/ Signature Redacted

JOLENE GOEDEN
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 15th day of August, 2013

/s/John D. Roberts, USMJ
Signature Redacted

HONORABLE JOHN D. ROBERTS
United States Magistrate Judge