MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON JAYAVARMAN__   CASE NO. 3:13-mj-00235-JDR
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER: __BRENDA MCGURN__

UNITED STATES' ATTORNEY: __AUDREY RENSCHEN__

DEFENDANT'S ATTORNEY: __VIKRAM CHAOBAL, RETAINED__

U.S.P.O.: __MATT JEDROSKO__

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT
HELD AUGUST 16, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

_X_ Copy of Complaint given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights. _X_ Waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: same as above.

_X_ Preliminary Hearing set for **August 23, 2013 at 2:00 p.m.**

_X_ Detention Hearing set for **August 21, 2013 at 2:00 p.m.**

_X_ Order of Temporary Detention Pending Hearing **FILED**.

At 9:45 a.m. court adjourned.

DATE: __AUGUST 16, 2013__   DEPUTY CLERK'S INITIALS: __BMM__

Revised 9-28-09