MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JASON JAYAVARMAN___ CASE NO. 3:13-mj-00235-JDR
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY: AUDREY RENSCHEN AND RAVI SINHA

DEFENDANT'S ATTORNEY: VIKRAM CHAOBAL

U.S.P.O.: MATT JEDROSKO

PROCEEDINGS: DETENTION HEARING HELD AUGUST 21, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

Court and counsel heard re defendant's oral motion to release
defendant with conditions.

Caezar Saulog sworn and testified on behalf of the defendant as
proposed third party custodian. Plaintiff exhibit 1 **IDENTIFIED**.

Arguments heard.

Court and counsel heard re defendant's oral motion to release
defendant with conditions; **DENIED**.

Order of Detention Pending Trial **FILED**.

At 2:52 p.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

Plaintiff exhibit returned to counsel.

DATE: August 21, 2013 DEPUTY CLERK'S INITIALS: SCD

Revised 9-28-09