(Rev 8/13) **LIST OF EXHIBITS**

---

Case No. 3:13-mj-00235-JDR         Magistrate Judge: **JOHN D. ROBERTS**

Title   UNITED STATES OF AMERICA
   vs.
      JASON JAYAVARMAN

Dates of Hearing/Trial: August 21, 2013

Deputy Clerk/Recorder: Suzannette David-Waters

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Audrey Renschen | Vikram Chaobal |
| | |
| | |

---**EXHIBITS**---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | | Third Party Custodian Application | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |