MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JASON JAYAVARMAN___ CASE NO. 3:13-CR-00097-SLG-JDR
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE: ___JOHN D. ROBERTS___

DEPUTY CLERK/RECORDER: ___BRENDA MCGURN___

UNITED STATES' ATTORNEY: ___AUDREY RENSCHEN___

DEFENDANT'S ATTORNEY: ___VIKRAM CHAOBAL, RETAINED___

U.S.P.O.: ___NOT PRESENT___

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD AUGUST 23, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:09 p.m. court convened.

_X_Copy of Indictment given to defendant: summarized reading.

_X_Defendant advised of general rights. _X_Waived full advisement
                                            of rights.

_X_Defendant advised of charges and penalties.

_X_Defendant stated true name: same as above

_X_PLEAS: Not Guilty to counts 1-6 of the Indictment.

_X_Pretrial motions due **September 12, 2013**; Order for the
   Progression of a Criminal Case with Trial Date **FILED.**

_X_Counsel advised of trial date: **October 23, 2013 at 9:00 a.m.**
   and Final Pretrial Conference set for **October 17, 2013 at 2:30
   p.m.** before Judge Gleason.

_X_OTHER: Government to file Certificate of Discovery by
   **August 30, 2013.**

At 3:21 p.m. court adjourned.

DATE: ___AUGUST 23, 2013___ DEPUTY CLERK'S INITIALS: ___BMM___

Revised 9-28-09