IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
　　　　　　Plaintiff, )
)
vs. )
)
JASON JAYAVARMAN, )
)
)
)
　　　　　　Defendant. )
　　　　　　　　　　　　　　　　　　　　　)

Case No. 3:13-cr-00097-SLG-JDR

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**MOTION TO SET DETENTION REVIEW HEARING**

　　COMES NOW Rex Lamont Butler of Rex Lamont Butler and Associates, Inc., P.C., and respectfully requests this court set a Detention Review Hearing at this courts earliest convenience, in the case captioned above. Mr. Jayavarman respectfully requests he be released to potential 3rd party custodian, Cree Biggs and/or potential 3rd party custodian Rondall Mitchell. Mr. Jayavarman is also willing to participate in the electronic monitoring program only if this court deems it necessary. This office provided a copy of the Third Party Application(s) to the U.S. Attorney's Office via facsimile on October 2, 2013. Additionally, this office provided the same two applications to the U.S. Office of Probation and Pretrial Services via facsimile on October 2, 2013.

　　Respectfully Submitted this 3rd day of October, 2013, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　s/Rex Lamont Butler
　　　　　　　　　　　　　　　　745 W. 4th Avenue, Ste. 300
　　　　　　　　　　　　　　　　Anchorage, Alaska, 99501
　　　　　　　　　　　　　　　　(907) 272-1497
　　　　　　　　　　　　　　　　(907) 276-3306
　　　　　　　　　　　　　　　　rexbutlercalendar@gmail.com
　　　　　　　　　　　　　　　　ABN: 8310105

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of October, 2013, a true and correct copy of the foregoing instrument has been served electronically to the U.S. Attorney's Office, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, Anchorage, AK., 99501, and faxed to the Office of U.S. Pretrial Services.

s/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc., P.C.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)