MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JASON JAYAVARMAN___ CASE NO. 3:13-cr-00097-SLG-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: DENALI ELMORE

UNITED STATES' ATTORNEY: AUDREY RENSCHEN

DEFENDANT'S ATTORNEY: REX BUTLER

U.S.P.O.: MATTHEW JEDROSKO

PROCEEDINGS: BAIL REVIEW HEARING HELD OCTOBER 7, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened.

Court and counsel heard re defendant's Oral Motion for Release with Conditions.

Cree Biggs sworn and testified on behalf of the defendant as a proposed third party custodian.

Tank Jones sworn and testified on behalf of the defendant.

Plaintiff's Oral Motion to Seal Mr. Jones' Testimony **GRANTED.**

Tank Jones remained on the stand and testified further on behalf of the defendant.

Plaintiff's Oral Motion to Unseal Mr. Jones' Testimony **GRANTED.**

Jolene Goeden sworn and testified on behalf of the plaintiff.

Arguments heard.

Defendant's Oral Motion for Release with Conditions **DENIED.**

At 10:37 a.m. court adjourned.

List of Witnesses to be filed separately.


DATE: OCTOBER 7, 2013      DEPUTY CLERK'S INITIALS: DJE