Rex Lamont Butler
745 W. 4th Ave., Suite 300
Anchorage, Alaska, 99501
(907) 272-1497
Attorney For Jason Jayavarman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JASON JAYAVARMAN, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 3:13-cr-00097-SLG-JDR |

## 2nd MOTION FOR BAIL REVIEW HEARING

Comes Now, Jason Jayavarman, by and through his attorney of record, Rex Lamont Butler & Associates, Inc., P.C., and, pursuant to 18 USC 3142, respectfully moves and petitions this Honorable Court to schedule a bail review hearing in the case captioned above. Mr. Jayavarman is proposing two (2) third party candidates. The first candidate, Bradley Davis has completed an application and his information has been previously provided to both the United States Probation and Pretrial Services Office, as well as to the United States Attorney's Office, and a copy of that application is being attached hereto. The second applicant is being vetted at this time and his information shall be forwarded to all the parties upon completion. A written proposal from Alaska Pretrial Services, the number one electronic monitoring company in the state of Alaska, is anticipated

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

in our office on or about Tuesday, November 12, 2013, and this office shall forward a copy of the proposal upon receipt.

    Mr. Jayavarman is respectfully requesting he be released to Mr. Davis, a former security officer, on a 24-hour a day basis, while living at his residence and wearing a titanium ankle bracelet, which will be monitored through Alaska Pretrial Services.

    Respectfully dated this 8th day of November, 2013, in Anchorage, Alaska.

/s/ Rex Lamont Butler
745 W. 4th Avenue, Suite 300
Anchorage, Alaska 99501
(907) 272-1497
(907) 276-3306
rexbutlercalendar@gmail.com
ABN: 8310105

I hereby certify on this 8th day of November, 2013, a true and accurate copy of this motion to include all supporting documents were served upon the Office of the United States Attorney, 222 W. 7th Ave., #9, Room 253, Anchorage, AK., 99501, and Attorney Vikram Chaobal, via electronic filing. I also certify that the office of U.S. Parole and Pretrial Services was faxed a copy of this motion.

/s Rex Lamont Butler