MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON JAYAVARMAN__ CASE NO.__3:13-cr-00097-SLG-JDR__
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____NANCY LEALAISALANOA_____

UNITED STATES' ATTORNEY:_____AUDREY RENSCHEN_____

DEFENDANT'S ATTORNEY:_____REX LAMONT BUTLER_____

U.S.P.O.:_____MATT JEDROSKO_____

PROCEEDINGS: BAIL REVIEW HEARING HELD NOVEMBER 15, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Court and counsel heard re Defendant's Oral Motion to Release the
Defendant to Proposed Third Party Custodian with Ankle Monitoring
and Conditions.

Dennis Johnson sworn and testified on behalf of the defendant.

Bradley Davis sworn and testified on behalf of the defendant as a
proposed third party custodian.

At 10:43 a.m. court recessed until 10:48 a.m.

Defendant's Oral Motion to Release the Defendant to Proposed
Third Party Custodian with ankle monitoring and Conditions;
**DENIED.**

Defendant's detention continued.

At 10:55 a.m. court adjourned.

List of Witnesses to be filed separately.

DATE:____November 15, 2013____ DEPUTY CLERK'S INITIALS:____NXL____

Revised 9-28-09