```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. ___JASON JAYAVARMAN___ CASE NO. _3:13-cr-00097-SLG-JDR_
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:         SHARON L. GLEASON

DEPUTY CLERK/RECORDER:        SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY:      AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:         REX BUTLER AND VIKRAM CHAOBAL

PROCEEDINGS: STATUS CONFERENCE HELD DECEMBER 10, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:07 p.m. court convened.

Court and counsel heard re status of case and discovery.

Court and counsel heard re issue of burden of proof.

Court and counsel heard re motions deadline.

Status Conference set for **January 22, 2014 at 2:30 p.m.**

At 3:26 p.m. court adjourned.

DATE:___December 10, 2013___ DEPUTY CLERK'S INITIALS:___SDW___

Revised 9-28-09