Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
vs.                              )
                                )
JASON JAYAVARMAN,                )
                                )
                                )
                                )
            Defendant.           )
                                )

Case No. 3:13-cr-00097-SLG-JDR

## **NOTICE TO THE COURT**

COMES NOW Rex Lamont Butler of Rex Lamont Butler and Associates, Inc., P.C., and hereby gives notice to this court that he will not be in this district on Thursday, June 5, 2014. Co-counsel, Vikram Chaobal, however, is in the district and has agreed to attend the status hearing on behalf of our client, Jason Jayavarman.

Respectfully Submitted this 4th day of June, 2014, at Anchorage, Alaska.

                                                    s/Rex Lamont Butler
                                                  745 W. 4th Avenue, Ste. 300
                                                  Anchorage, Alaska, 99501
                                                  (907) 272-1497
                                                  (907) 276-3306
                                                  rexbutlercalendar@gmail.com
                                                  ABN: 8310105

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of June, 2014, a true and correct copy of the foregoing instrument has been served electronically to the U.S. Attorney's Office, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, Anchorage, AK., 99501, and to Vikram Chaobal, Esq., via electronic filing.

s/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc., P.C.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)