KAREN L. LOEFFLER
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00097-SLG |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF AUDREY J.** |
| | ) | **RENSCHEN IN SUPPORT OF** |
| vs. | ) | **GOVERNMENT'S SECOND** |
| | ) | **UNOPPOSED MOTION TO** |
| JASON JAYAVARMAN, | ) | **CONTINUE JURY TRIAL,** |
| | ) | **SCHEDULED JUNE 9, 2014** |
| Defendant. | ) | **(28 U.S.C. § 1746)** |

I, Audrey J. Renschen, declare and state as follows:

1. I am an Assistant United States Attorney for the District of Alaska assigned to prosecute the above-captioned case along with Ravi Sinha, Trial Attorney from the United States Department of Justice, Criminal Division, Child

Exploitation and Obscenity Section. As such, I am fully familiar with the facts stated herein.

2. I declare under penalty of perjury that the facts set forth in the Government's Second Unopposed Motion To Continue Jury Trial, Scheduled June 9, 2014, are true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED this 5th day of June, 2014, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that on June 5, 2014,
a copy of the foregoing was served
electronically on:

Rex Butler and Vikram Chaobal

s/Audrey J. Renschen
Office of the U.S. Attorney