Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
               Plaintiff,            )
                                     )
vs.                                  )
                                     )
JASON JAYAVARMAN,                    )
                                     )
                                     )
                                     )
               Defendant.            )
_____)

Case No. 3:13-cr-00097-SLG-JDR

**MOTION TO SET DETENTION REVIEW HEARING**

COMES NOW Rex Lamont Butler of Rex Lamont Butler and
Associates, Inc., P.C., and respectfully requests this court set a
Detention Review Hearing in the case captioned above. Should the
Court require electronic monitoring, Mr. Jayavarman respectfully
requests he be allowed to participate in the electronic monitoring
program, while residing at the hostel he owns, and Dennis Johnson,
owner/operator of Alaska Pretrial Services, has agreed to monitor
Mr. Jayavarman.

Mr. Jayavarman petitioned this court for release in October
of 2013, and again in April of 2014, and those requests were
ultimately denied.  This case looks much different today than it
did initially. The *unidentifiable victim* in this case has since
been identified.  The young woman interviewed with the authorities;
they have in fact verified **she is NOT a minor.**  The filming was
consensual and there is NO child pornography (CP) in this case.

Because the alleged victim is in fact an adult and because there is no evidence of CP in this case, the government's case is no longer viable.

This case has almost destroyed Mr. Jayavarman and his business, as he remains in custody on charges we submit the government cannot prove.

Defense Counsel submits there was a rush to indict Mr. Jayavarman after government officials speculated and drew unsupported conclusions the young girl was a minor and Mr. Jayavarman a predator. The government now knows the alleged victim in this case was not a minor child. The government has not been able to produce credible supporting documents to support their CP suspicions and as such, Mr. Jayavarman should be released from custody. Furthermore, trial has been continued until December of this year and it could quite possibly run into January of 2015. Mr. Jayavarman respectfully requests this court consider allowing him to wait for trial while living at home and he is willing to abide by whatever additional restrictions this court might put in place.

Finally, Attorney Vikram Chaobal, Co-Counsel in this case has agreed to do the hearing. Mr. Chaobal is NOT available on the afternoon of June 26, 2014, nor is he available on the morning of June 27, 2014, so he is respectfully requesting this court set the bail hearing on a day and time that he will be available to participate in said hearing.

Respectfully Submitted this 19th day of June, 2014, at Anchorage, Alaska.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

s/Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
rexbutlercalendar@gmail.com
ABN: 8310105

**CERTIFICATE OF SERVICE**

This is to certify that on this 19th day of June, 2014, a true and correct copy of the foregoing instrument has been served electronically to Attorney Vikram Chaobal;

The U.S. Attorney's Office, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, Anchorage, AK., 99501, and faxed to the Office of U.S. Pretrial Services.


s/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc., P.C.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)