MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON JAYAVARMAN__ CASE NO. 3:13-cr-00097-SLG
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: NOT PRESENT

UNITED STATES' ATTORNEY: AUDREY J. RENSCHEN

DEFENDANT'S ATTORNEY: REX LAMONT BUTLER

PROCEEDINGS: STATUS CONFERENCE HELD SEPTEMBER 22, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:04 p.m. court convened.

Court and counsel heard re status of case and status of documents to be received from Cambodia.

Court and counsel heard re motion deadline; Court ordered parties to file motions, if any, re documents from Cambodia by **November 3, 2014.**

Defendant's detention continued.

At 2:16 p.m. court adjourned.

DATE: September 22, 2014    DEPUTY CLERK'S INITIALS: SDW

Revised 9-28-09