MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON JAYAVARMAN__ CASE NO. __3:13-cr-00097-SLG-KFM__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: KEVIN F. MCCOY

DEPUTY CLERK/RECORDER: ALISON HURST / LYNNE ROEHLING

OFFICIAL REPORTER: NOT PRESENT

UNITED STATES' ATTORNEY: AUDREY J. RENSCHEN

DEFENDANT'S ATTORNEY: REX LAMONT BUTLER

U.S.P.O.: NOT PRESENT

PROCEEDINGS: ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT (DKT 75) HELD SEPTEMBER 22, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:32 p.m. court convened.

_X_ Copy of First Superseding Indictment (DKT 75) given to defendant: read.

_X_ Defendant advised of general rights and waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: Same as above

_X_ PLEAS: Not Guilty to counts 1 and 2 of the First Superseding Indictment (DKT 75)

_X_ Discovery Conference Date: **September 29, 2014.**

_X_ Notify Court of Discovery Problems: **September 29, 2014.**

_X_ Pretrial Motions Due: **October 6, 2014.**

_X_ Trial by Jury remains as previously set for December 1, 2014 at 9:00 a.m. and Final Pretrial Conference remains as previously set for November 20, 2014 at 4:00 p.m. before Judge Gleason.

_X_ OTHER: Defendant's detention continued.

At 1:38 p.m. court adjourned.


DATE: September 22, 2014    DEPUTY CLERK'S INITIALS: AJH/LLR

Revised 5-29-14