KAREN L. LOEFFLER
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska   99513-7567
(907) 271-5071
(907) 271-1500 (fax)
audrey.renschen@usdoj.gov

RAVI SINHA
Trial Attorney
United States Department of Justice
Criminal Division, Child Exploitation and Obscenity Section
1400 New York Avenue NW, Sixth Floor
Washington, D.C. 20005
202-353-4698 (direct)
ravi.sinha@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00097-SLG-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S RESPONSE** |
| v. | ) | **TO DEFENDANT'S MOTION** |
| | ) | **TO CONTINUE TRIAL AND** |
| JASON JAYAVARMAN, | ) | **EXTEND MOTIONS** |
| Defendant. | ) | **DEADLINES** |
| | ) | |
| | ) | |
| | ) | FILED ON SHORTENED TIME |

1

COMES NOW the United States of America, by Assistant United States Attorney Audrey J. Renschen, and Department of Justice Trial Counsel Ravi Sinha, and responds to Jayavarman's motion to continue trial and extend motions deadlines.

The United States has received the Court's order at Docket 88 setting a hearing on the motion, and wanted to advise the Court in advance of the hearing that the defendant's motion at Docket 83 appears to have been filed in error.

The United States provided discovery of the Cambodian documents to the defense on September 30, 2014.

Government counsel spoke with Attorneys Rex Butler and George Dozier by telephone yesterday to advise them of the error, and provided information documenting the discovery provided on September 30th. The United States expects that the defense will be filing another motion today requesting additional time to file motions and to continue the December 1st trial date.

Nonetheless, in light of the Court's scheduling of the matter for tomorrow, Government counsel wanted the Court to be aware that the materials had in fact been provided to the defense on September 30th.

RESPECTFULLY SUBMITTED, October 16, 2014, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
United States of America

s/ Ravi Sinha
RAVI SINHA
Trial Attorney
United States Department of Justice
Criminal Division, Child Exploitation and
Obscenity Section

**CERTIFICATE OF SERVICE**
I hereby certify that on October 16, 2014,
a copy of the foregoing was served
electronically on: Rex Butler

s/ Audrey J. Renschen
Office of the U.S. Attorney