KAREN L. LOEFFLER
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
audrey.renschen@usdoj.gov

RAVI SINHA
Trial Attorney
United States Department of Justice
Criminal Division, Child Exploitation and Obscenity Section
1400 New York Avenue NW, Sixth Floor
Washington, D.C. 20005
202-353-4698 (direct)
ravi.sinha@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00097-SLG-JDR |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S TRIAL BRIEF** |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON JAYAVARMAN | ) | |
| | ) | |
| Defendant. | ) | |

## I.    INTRODUCTION

Trial in this matter is set to begin on Monday, March 16, 2015, at 9:00 a.m.

There are four Government pretrial motions pending:  3 motions *in limine*

(Dockets 101, 102, and 104) for which no responses have yet been filed, and an unopposed motion to allow an FBI undercover employee to testify under a pseudonym. A final pretrial conference is scheduled for Friday, March 13, 2015 at 4:00 p.m.

### A. Charges

A First Superseding Indictment filed on September 16, 2014 charges Jayavarman with the following violations of federal law:

> Count 1: Sexual Exploitation of A Child–Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(c) and (e), between on or about April 7, 2010 and on or about August 14, 2013.

> Count 2: Attempted Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. §§ 2423(b) and (e), between on or about April 23, 2013 and on or about August 14, 2013.

## II. STATUTES AND ELEMENTS OF THE OFFENSES

As detailed more fully in the Government's Jury Instructions at Docket 106, each of the two charges in the Superceding Indictment set forth alternative ways of violating the noted statutes. Count 1 alleges that Jayavarman travelled to Cambodia and, while there, *produced **and** attempted to produce* child pornography which he then brought back to the United States. Count 2 alleges that Jayavarman *attempted to travel to Cambodia with the intent to engage in illicit sexual conduct **and** that he attempted to aid and abet the travel of "Alex Banks"[1]* (who was later revealed to

---

[1] For reasons discussed in the United States' Unopposed Motion to Allow Undercover Employee to Testify Under a Pseudonym (Doc. 105; filed 3/9/15), the undercover agent is identified by a pseudonym.

be an undercover federal agent) to Cambodia in order to engage in commercial sex acts with children as young as 12-years-old.

## A. Count 1

To prove Jayavarman guilty of Sexual Exploitation of a Child–Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(c) and (e), the Government must prove the following elements:

1. At the time, the victim "Ana" was under the age of eighteen years;

2. The defendant employed, used, persuaded, induced, enticed, or coerced "Ana" to take part in sexually explicit conduct outside of the United States for the purpose of producing a visual depiction of such conduct; and

3. The defendant transported such visual depiction to the United States by any means, including by using any means or facility of interstate or foreign commerce.

To prove Jayavarman guilty of attempted Sexual Exploitation of a Child–Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(c) and (e), the Government must prove the following elements:

1. The defendant intended to employ, use, persuade, induce, entice, or coerce a minor to take part in sexually explicit conduct outside of the United States for the purpose of producing a visual depiction of such conduct, and transport such visual depiction to the United States by any means, including by using any means or facility of interstate or foreign commerce; and

2. The defendant did something that was a substantial step toward committing the crime

## B. Count 2

To prove Jayavarman guilty of attempted Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. §§ 2423(b) and (e), the Government must prove the following elements:

1. The defendant, a United States citizen, intended to travel in foreign commerce from the United States to Cambodia for the purpose of engaging in illicit sexual conduct with another person; and

2. The defendant did something that was a substantial step toward committing the crime.

To prove Jayavarman guilty of attempted Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. §§ 2423(b) and (e), by aiding and abetting the travel of "Alex Banks" to Cambodia in order to engage in commercial sex acts with children as young as 12-years-old, the Government must prove the following elements:

1. The defendant aided, counseled, commanded, induced or procured a person with respect to at least one element of the crime of travel with intent to engage in illicit sexual conduct;

2. The defendant acted with the intent to facilitate this crime; and

3. The defendant acted before the crime was completed.

## III. FACTUAL OVERVIEW

The Government's case evidences Jayavarman's production of child pornography and/or attempted production during foreign travel, his attempt to travel to Cambodia for illicit sex with minors and his aiding and abetting the

attempted travel for illicit sexual conduct of another (Alex Banks). As noted in more detail below, the investigation began with a concerned citizen's report, and ended with an undercover agent who contacted Jayavarman posing as a person with similar sexual interests in children, travel and producing child pornography.

On 11/11/2012, the Anchorage Police Department received a Crime Stopper Tip regarding Jayavarman. This tip alleged that Jayavarman traveled to Cambodia where he was involved with trafficking girls as young as 10 years old from Vietnam to work as prostitutes. The tip also alleged that Jayavarman invited other men to travel with him to Cambodia for the purpose of having sex with children.

On 4/23/2013, an FBI Undercover Employee, Alex Banks, made telephone contact with Jayavarman. During the call, Jayavarman discussed planning a trip to Cambodia with Alex Banks and a few of his friends to help them find children to sexually abuse while in Cambodia. In conversations with Alex Banks, Jayavarman also detailed his prior production of child pornography in Cambodia and the method through which he transported the child pornography from Cambodia to his residence in Alaska. The following excerpts provide examples of some of the recorded conversations between Jayavarman and Alex Banks.

### *Alex Banks Telephone Call to Jayavarman on 4/23/2013*

On 4/23/2013, Alex Banks contacted Jayavarman by telephone, introduced himself, and inquired about Jayavarman helping him plan a trip to Cambodia for the purpose of having sex with children. This telephone call lasted approximately

one hour. Jayavarman told Alex Banks that Jayavarman usually travels to

Cambodia four times per year. Jayavarman said he has a farm and land in

Cambodia. Jayavarman also told Alex Banks that Jayavarman likes "young and

fresh" girls. Jayavarman referred to girls as young as 13 years old as he discussed

at length how to have sex with a virgin girl. For example:

**Jayavarman:** *Like I said (unintelligible) they* [Cambodian sex traffickers] *have very very young girls as young as thirteen.*

**Alex Banks:** *OK that would be very good.*

**Jayavarman:** *Yea. But the thing is some American and some European they don't understand when they pay – the younger the more expensive it is. Let's say a girl 13 she never been sex before. OK, so everything is still new. But if you pay this girl it have to be a very quiet deal. You don't want to talk too much because everyone just want to make money. Anywhere from $1000 this girl will be with you for one month.*

**Alex Banks:** *Really?*

**Jayavarman:** *It cost $1000 because this girl is brand new. Virgin. And when she is virgin of course her pussy is very small. But if you think at all – you have my money you have to give me my fun and you kind of rape her it become illegal. So you need to use your technique. You know you have to make her feel comfortable. She knows to that she is going to sleep with you but you have to give her a little time to make her feel more comfortable and stuff like that.*

**Alex Banks:** *I understand. I understand.*

**Jayavarman:** *(unintelligible) go a little slower because from my experience a brand new girl when you sleep with her for the very first time, very first, when you enter her for the very first time she feel nothing but hurt because it is so tight so small. So when you pull out there might be blood. You have to wait a few days before you can enter her again because you have to give her time to heal. And probably the very first time her pussy become swollen. You understand? You have to wait a few days for her to heal and be nice to her and stuff. And when it heals you can do it again. That's when she will enjoy more.*

Alex Banks told Jayavarman he and a couple of his friends wanted to travel to Cambodia.

Alex Banks asked Jayavarman how to get a child for them in Cambodia and Jayavarman agreed to help arrange for young girls to have sex with.

**Alex Banks:** *So we can meet you and you would arrange girls for us and you say…*

**Jayavarman:** *No problem.*

**Jayavarman:** *How many of you now? 4 or 5 including you?*

**Alex Banks:** *Probably I would say at least 4. Including me there would be 4. No they don't all live in* [redacted for purposes of preserving Alex Banks's persona], *some live in other cities. But I could arrange the trip through you. I don't know how much you would charge.*

**Jayavarman:** *What's your name?*

**Alex Banks:** *My name is Alex.*

**Jayavarman:** *Oh Alex. Yea yea he told me that. I don't charge you money. I just want to help you as… lets say friends. I don't need to make money off of friends. So we..*

**Alex Banks:** *I would like that. I certainly appreciate that but I don't expect you to do it for free. That's entirely up to you.*

**Jayavarman:** *No I don't need, I have enough money. I don't need this little money. But if you need my help if it will help you. Once you can go I will talk to the hotel manager and say this is my friend from the United States and they will find you a good room and stuff. You take it easy. All the guards, the security guards there they know me and I will tell them you need some young girls and at night they will bring it to you.*

**Alex Banks:** *They can bring young girls?*

*Jayavarman:*  Yea.

In this same phone call, Jayavarman tells Alex Banks that he made a movie of a young girl he had sex with in Cambodia.

*Jayavarman:*  I have my fun man.  The movie I make it in Cambodia myself too.  I met this girl she was about 14 when I met her.  I have been fucking her for like 3 years since she was a virgin.

*Alex Banks:*  Very nice.

*Jayavarman:*  She liked me a lot.  She allow me to take pictures to make movie.  A moving picture.

*Alex Banks:*  Very nice.  You have?

*Jayavarman:*  I have yea.  My souvenir.

*Alex Banks:*  It's nice to have souvenirs.

*Jayavarman:*  (unintelligible) I made that one in 2010, 2011 it was a few years ago.

*Alex Banks:*  It's very nice to have mementos like that.  Souvenirs and mementos are very nice.

*Jayavarman:*  You know and when you get it older you know it's like this is what I've done.   I've had my fun.

In the same conversation, Jayavarman goes on to tell Alex Banks how to get the child pornography from Cambodia to the United States.

*Jayavarman:*  I make a few you know good films here too.

*Alex Banks:*  Did you did you have any fear of bringing back a souvenir or flying back with...

*Jayavarman:*  Yea yea I have it here in the United States.  Yea.

**Alex Banks:** *No I mean I would be fearful if like customs*

**Jayavarman:** *No*

**Alex Banks:** *when you go through immigration and customs*

**Jayavarman:** *No when you go through immigration you have to take the memory card out of the camera.*

**Alex Banks:** *Ok.*

**Jayavarman:** *(unintelligible) You can take the memory card out of the camera and you can put it in your wallet or you can put it in your pocket.*

**Alex Banks:** *That's a good idea.*

### Alex Banks Meeting with Jayavarman on 6/11/2013

On 6/11/2013, Alex Banks travelled to Anchorage and met with Jayavarman at Alex Banks's hotel room. Jayavarman discussed where the children that he sexually abuses in Cambodia are from.

**Jayavarman:** *These girls usually come from Vietnam. Every Cambodian know that Vietnam is very poor country and Vietnam is a bit different from Cambodia. Vietnam you can marry at the age of 12 or 13 – a very young age.*

Jayavarman continued by telling Alex Banks the proper way to groom a child so as not to create problems with her family or the authorities in Cambodia.

**Jayavarman:** *We have a lot of Americans go there – doctors, lawyers – they fly 5000 miles away just to have fun over there until like I told you on the phone. People don't think. People don't think. They have all of the cleverness in their head but these girls are young and even though they accept your money that doesn't mean you have to – alright you have my money I have to have my fun you know. Because if you don't know how to do it and you force it can be you know the girls young and you force your way in it can break and blood and things.*

**Alex Banks:** *Right.*

**Jayavarman:** *Then she cry and people become panic stricken and it become a rape. Problems started.*

In the same conversation, Jayavarman discussed the age of the girls he can get.

**Alex Banks:** *How young can you get us?*

**Jayavarman:** *I can well you know personally I don't get them but I know somebody who can do it for you.*

**Alex Banks:** *Are we talking 12 or 13?*

**Jayavarman:** *Yea yea 12 or 13. Very young girls.*

Explaining further, Jayavarman told Alex Banks how payment for the young girl works in Cambodia and who Alex Banks should pay. Jayavarman also discussed the arrangement he has with the person(s) delivering the child in Cambodia. Jayavarman assured Alex Banks that the person delivering the child would be trustworthy because, Jayavarman stated, he knows them.

**Jayavarman:** *When they accept your money they agree to go with you.*

**Alex Banks:** *Who do I pay? Who do we give the money to? Do we give it to you?*

**Jayavarman:** *No, you give it to their relative. Usually her aunt or uncle bring her to you and you give money to*

**Alex Banks:** *to the family member*

**Jayavarman:** *Yea. You have to talk like – she have to stay with me for two weeks. And then this family know me and I know you – I assure you that this girl will stay with you for two weeks.*

**Alex Banks:** *OK*

**Jayavarman:** *If not then they have to give the money back to you something like this*

**Alex Banks:** *I see*

**Jayavarman:** *So this lady know me so she cannot do anything dishonest to you. She have to respect me because I know.  You understand?*

During the same meeting with Alex Banks, Jayavarman discussed being able to get multiple young girls for sex in Cambodia and the security officers who help him.

**Jayavarman:** *You can change girls every other day that is fine but you can't expect, the virgin girls they do not come easy.  You have to know certain people to get. (unintelligible) But this virgin girl is yours.  You are the first to screw her so why not just keep her for two weeks.*

**Alex Banks:** *That is what I would like to do I just can't speak for all of my friends. I know myself and a couple other ones would probably do the same but I know there is one that likes to change it up a bit.*

**Jayavarman:** *yea you change then*

**Alex Banks:** *He may not need a virgin girl. Can you still get younger just not virgins?*

**Jayavarman:** *Yea you can get*

**Alex Banks:** *That would be easier to change?*

**Jayavarman:** *Yea.  Yea.  Easy to change because a lot of girls there.  But this business is old business.  It's ancient.  Long long time ago (unintelligible). Since the beginning of the recorded history.  They always selling things like this.*

**Alex Banks:** *I understand.*

**Jayavarman:** *So even in the United States (unintelligible)*

**Alex Banks**: *Oh I know.*

**Jayavarman:** *we have the same thing.  Just like, cuz of the way we deal with*

*people. (unintelligible). I will show you. I know a few good people there that can help. Me I go there when I…he know a lot of Vietnamese girls. He work in the security so at night he will bring girls from place to place. Young young girls.*

**Alex Banks:** *Security will do that?*

**Jayavarman:** *Yea*

**Alex Banks:** *Someone you know?*

**Jayavarman:** *Yea*

Jayavarman told Alex Banks that he wouldn't have any problems with the police in Cambodia. If they were to stop him or question him, Jayavarman told Alex Banks to give them $10 and they will go away.

Jayavarman talked to Alex Banks about which camera equipment works best to produce the video or still images of the sexual acts with children in Cambodia. Jayavarman told Alex Banks that it is important to make the girl comfortable before making the souvenir or memento film or recording of the sex acts. Jayavarman also told Alex Banks that Jayavarman uses a Casio digital camera. He said he tried several other cameras but they didn't work for him and the Casio worked the best. Jayavarman stated that he used a camcorder and thought it was JVC brand. He liked this camcorder because it can hold two memory cards.

Jayavarman suggested it was best to get at least a 32 gb card so that he could that Alex Banks could get 2 to 3 hours of recording and many still photos.

Jayavarman demonstrated various ways to hold the camera and the different camera angles that work for the different sexual positions.

Jayavarman also stated that he edits or cuts the videos later.

Jayavarman followed up on his prior telephone conversation about how to get the child pornography through U.S. Customs when he returned to the United States. In response, Jayavarman told Alex Banks to put the memory card in his wallet or hide it someplace else while travelling back to the United States. Jayavarman also told Alex Banks to take tourist-type photos or videos on another memory card and put that card in the camera. Jayavarman stated that the camera should not be left empty because that will make them suspicious.

### Alex Banks Telephone Call With Jayavarman on 7/23/2013

During a consensually recorded telephone call between Alex Banks and Jayavarman, Jayavarman asked if Alex Banks was still planning to travel to Cambodia in August. Alex Banks told Jayavarman he and his friends are ready to travel in mid to late August. Jayavarman agreed to these dates. Alex Banks asked if Jayavarman planned to join Alex Banks and his friends in getting young girls and Jayavarman responded "yea" and "no problem". Jayavarman also stated that he traveled to Cambodia to go see his land.

### Alex Banks Telephone Call With Jayavarman on 7/29/2013

During a consensually recorded telephone call between Alex Banks and Jayavarman on 7/29/2013, Alex Banks told Jayavarman that he was looking at flights to book for their trip to Cambodia in August. Alex Banks stated he and his friends were interested in young girls ages 11 or 12 and asked if this would be ok.

Jayavarman stated they would find the young girls and reminded Alex Banks that this was private business and should not be talked about in public.

## *Jayavarman's Travel History to Cambodia*

Travel records show that on 8/6/2013 Jayavarman booked his travel to Cambodia for the August trip with Alex Banks. Jayavarman's booked itinerary indicated that, at the time of his arrest, he was scheduled to leave Anchorage on 8/19/2013 and after multiple stops was scheduled to arrive in Phnom Penh, Cambodia on 8/26/2013.

## *Jayavarman's Arrest and Statement*

On 8/14/2013, following an additional recorded undercover encounter with JAYVARMAN, FBI agents approached JAYVARMAN and identified themselves as FBI agents. JAYVARMAN agreed to be interviewed and told the agents about his child-sex-tourism and child-pornography activity. The interviewing agents confronted Jayavarman with some statements that he had made to the undercover FBI agent. In response, Jayavarman told the agents that it was his voice on the recordings, confirmed his upcoming travel to Cambodia, and told the agents where he had stored the self-produced child pornography that he had brought back from Cambodia and had described to the undercover FBI agent. Jayavarman also revealed the name of the aforementioned minor girl with whom he had had sex as being "Ana," though agents later identified her as having a different name. In the course of the interview, Jayavarman gave inconsistent information about Ana's

age. He stated that, at time of his sexual contact with her, Ana was 14 or 19.

Acting on a lawful search warrant, agents retrieved the child pornography from

Jayavarman's residence. Agents showed Jayavarman the face of the girl depicted

in the child pornography. Jayavarman confirmed that she was the girl discussed.

Jayavarman was subsequently arrested. While being arrested, Jayavarman stated

that he could contact "Ana" and straighten this whole thing out. Agents cautioned

Jayavarman about witness tampering and advised him to speak to his attorney.

### *Jayavarman's Jail Calls*

Jayavarman was detained following his arrest and officials monitored his jail

calls. In the course of his recorded jail calls, Jayavarman is heard discussing Ana

and working with an Alaska-based individual, "Erv", to provide Ana with money

to obtain an ID card for Lou that would show that she was an adult at the time of

the sexual contact. In one of the calls, Erv informs Jayavarman that his

intermediaries have located Lou and that they have hired policemen to confront

her, telling her that they needed some information from her. Erv and Jayavarman

also discuss offering Ana money and, at one point, Jayavarman instructs Erv to tell

Ana to testify that she doesn't remember when she met Jayavarman. Ultimately,

Jayavarman agrees with Erv to facilitate Ana getting an ID card, which

Jayavarman is told may cost $1000. Erv later reports that they are searching for

Lou's mother in Cambodia so that they can give her some money. At times, Erv

and Jayavarman lament that Ana is being uncooperative and has apparently fled

because she does not want to take part in the case.

## IV.    ANTICIPATED TESTIMONY AND EVIDENCE

### A. Witnesses

At its most streamlined, the government's case could be presented through eight of the following nine witnesses:

1. Markus Fries: Among other things, Mr. Fries is expected to testify that, between approximately 2007 and 2010:

    a. Jayavarman unsuccessfully sought Mr. Fries' assistance in Jayavarman's efforts to open a hotel in Cambodia where Jayavarman could charge men $500 to have sex with "virgin" girls from Vietnam.

    b. Jayavarman repeatedly spoke to Mr. Fries about Jayavarman's interest in and experience with having sex with minors in Cambodia.

    c. Jayavarman unsuccessfully offered to arrange for Mr. Fries to have sex with "virgin" Vietnamese girls between the ages 12 and14 in Cambodia in exchange for $500 per week.

    d. Jayavarman told Mr. Fries that Jayavarman had sex with underage girls at the apartment of one of Jayavarman's Anchorage-based associates.

e. Following Jayavarman's statements to him, Mr. Fries contacted Crime Stoppers to report Jayavarman's child-molestation activities.

2. Undercover FBI agent "Alex Banks": Agent Banks will provide testimony regarding his recorded telephonic and in-person conversations with Jayavarman. Agent Banks' testimony will touch on, *inter alia*, the multiple recorded conversations in which Jayavarman discussed (1) producing and transporting child pornography that he produced in Cambodia, (2) Jayavarman's efforts to travel to Cambodia to engage in illicit sexual conduct with minors, and (3) Jayavarman's efforts to assist and facilitate Agent Banks' travel to Cambodia in order to engage in commercial sex acts with children as young as 12-years-old.

3. SA Betsy Bartko: Absent a proposed stipulation, and as set forth set forth more fully in the United States' expert notice to Jayavarman, Special Agent Bartko will provide expert testimony regarding, *inter alia*, the forensic examination of Jayavarman's computer and digital media, including discussing the metadata attributes of pertinent files.

4. SSA Steve Forrest: Special Agent Forrest will provide testimony regarding Jayavarman's post-*Miranda* confession. His testimony will focus on, *inter alia*, Jayavarman's recorded admissions regarding his

belief about the age of the victim depicted in the child pornography that Jayavarman produced, Jayavarman's upcoming trip to Cambodia, and Jayavarman's efforts to assist and facilitate Agent Banks' travel to Cambodia in order to engage in illicit sexual conduct.

5. SA Jolene Goeden:  Special Agent Goeden, the case agent, will provide a chronology of the investigation and will touch on, *inter alia*, lawfully seized evidence of Jayavarman's travel to Cambodia, lawfully seized evidence of Jayavarman's citizenship, non-pornographic images of the victim found on Jayavarman's lawfully seized computer and digital media, and a small sample of the approximately 50 child pornography videos that Jayavarman produced of the victim.

6. SA Ruth Kroona :  Special Agent Kroona will provide testimony regarding Jayavarman's post-*Miranda* confessions.   Though these statements—which include Jayavarman's admission that the victim was approximately 14 when he had sex with her in approximately 2009—were made during a polygraph examination (and, thus, were not recorded), SA Kroona and undersigned counsel have agreed to avoid any testimony that could indicate the existence of a polygraph examination.

7. SA Holly Steeves: As set forth more fully in the United States' expert notice to Jayavarman, Special Agent Steeves will provide expert testimony regarding, *inter alia*, the forensic examination of Jayavarman's computer and digital media, including discussing the metadata attributes of pertinent files.

8. SA Angela Strause: Special Agent Straus will provide testimony regarding, *inter alia*, the lawful search and seizure of items at Jayavarman's residence as well as touching on the multiple recorded jail calls in which Jayavarman discusses his efforts (discussed more fully in the United States' *Second Motion in Limine and Notice of Rule 404(b) Evidence* Doc. 102; filed 3/4/05) at bribery, witness intimidation, and obstruction of justice with regard the Cambodia-based victim.

9. SSA Laro Tan: As set forth more fully in the United States' expert notice to Jayavarman, Special Agent Tan will provide expert testimony on, *inter alia*: Cambodian record-keeping practices regarding public records of vital statistics and processes through which such records may be both lawfully and fraudulently obtained, including the costs associated with the procurement of such records from Cambodian officials; procedures, practices, and common obstacles to the investigation and prosecution of child sex tourism

crimes in Cambodia, including difficulties associated with securing

accurate victim testimony, bribery of witnesses and witnesses'

families, and the availability of accurate public records of vital

statistics; age verification techniques for victims of child-sex-tourism

crimes in Cambodia; and historic, cultural, economic, geographic,

record-keeping, and governmental conditions in Cambodia that

commonly affect the investigation and prosecution of child sex

tourism crimes committed in Cambodia.

## B. Possible Stipulations

The parties have been engaged in ongoing discussions of stipulations to
make the trial run more smoothly and efficiently. We anticipate filing a
document later in the week detailing our agreements. As of this date, we
anticipate stipulations to

1. business records and their authentication to avoid calling records
   custodians,

2. chain of custody and expert extraction relating to the recovery of
   computer evidence, and

3. the admissibility of finalized transcripts and recordings.

## C. Exhibits

Though the United States' presentation of evidence may vary depending on

Jayavarman's defense, at a minimum, the United States anticipates introducing:

(1) a series of short excerpts (and accompanying transcripts) of audio and video recordings of Jayavarman' lawfully recorded conversations and post-Miranda statements, (2) approximately ten physical items lawfully seized from Jayavarman's residence and person, (3) records of Jayavarman's U.S. citizenship and travel, (4) records that purport to establish the victim's birthdate, (5) evidence regarding the forensic examination of Jayavarman's computer and digital media, (6) approximately three non-pornographic images of the victim found on Jayavarman's computer and digital media, and (7) a representative sample of the nearly fifty child pornography videos that Jayavarman produced with the victim.

With regard to the child pornography, the United States intends to introduce approximately five to ten short (less than ten second) excerpts from the child pornography videos, along with approximately fifteen single-frame screen captures. The child pornography video excerpts and screen captures will be made available for Jayavarman's and the Court's consideration at the upcoming March 13, 2015 hearing.

The United States has requested that, during trial, extra video monitors be provided so that jurors can view the contraband exhibits without necessitating creation of multiple binders of child pornography and without causing the images to be displayed to the public.

## V.    LEGAL/EVIDENTIARY ISSUES

### A.   Expert Witness Testimony

## 1.    United States' Experts

The United States has provided timely notice that, as discussed in the "Anticipated Witnesses and Evidence" section above, SAs Bartko and Steeves will testify as an experts regarding, inter alia, computer forensic evidence.  The United States has also provided timely notice that, as also discussed above, SSA Tan will provide expert testimony regarding, inter alia, common obstacles to the investigation and prosecution of child sex tourism crimes in Cambodia.

The United States reserves the right to call any appropriate rebuttal experts.

## 2.    Jayavarman's Experts

To date, Jayavarman has not provided any indication that he will seek to introduce any expert testimony.

RESPECTFULLY SUBMITTED this 9th day of March, 2015, in Anchorage, Alaska.

KAREN L. LOEFFLER
 United States Attorney


s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
United States of America


s/ Ravi Sinha
RAVI SINHA
Trial Attorney

CERTIFICATE OF SERVICE
I hereby certify that on March 9, 2015
a copy of the foregoing was served
electronically on:
Rex Butler

 s/ Audrey J. Renschen
Office of the U.S. Attorney