# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JASON JAYAVARMAN,<br><br>        Defendant. | Case No. 3:13-cr-00097-SLG |

## ORDER RE MOTION FOR RELIEF

Before the Court at Docket 368 is Jason Jayavarman's Motion for Relief under Federal Rule of Civil Procedure 60(b)(1) and (2).[1] Mr. Jayavarman contends that the Court "violated [his] appellate rights" by failing to notify him of its November 28, 2022, denial of his prior Rule 60(b) motion "until it was too late for him to file an appeal."[2] However, the Court rectified the alleged lack of notice by granting Mr. Jayavarman's subsequent Rule 60(b) motion, and vacated and re-entered the November 2022 order in October 2023, thereby according to him another opportunity to pursue an appeal.[3] And Mr. Jayavarman did in fact seek to appeal the Court's order; however, the Ninth Circuit denied a certificate of appealability.[4]

---

[1] *See* Docket 369 (Decl.).

[2] Docket 368 at 2; Docket 355 (Order).

[3] Docket 361 at 2-4.

[4] Docket 364 (Notice of Appeal); Docket 367 (Ninth Circuit Order).

Mr. Jayavarman does not raise any other grounds for relief under Rule 60(b) beyond the issue this Court has already remedied by its prior order. Accordingly, Mr. Jayavarman's Motion for Relief under Federal Rule of Civil Procedure 60(b)(1) and (2) at Docket 368 is **DENIED**.

DATED this 20th day of March 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:13-cr-00097-SLG, *USA v. Jayavarman*
Order re Motion for Relief
Page 2 of 2
Case 3:13-cr-00097-SLG   Document 370   Filed 03/20/24   Page 2 of 2