# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JASON JAYAVARMAN,<br><br>        Defendant. | Case No. 3:13-cr-00097-SLG |

### ORDER RE MOTION FOR RECONSIDERATION OF A REQUEST FOR THE DISTRICT COURT TO RECTIFY ITS OWN MISTAKE AND FOR A NEW TRIAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e)

Before the Court at Docket 377 is Defendant Jayavarman's Motion for Reconsideration of a Request for the District Court to Rectify Its Own Mistake and for a New Trial Under Federal Rule of Civil Procedure 59(e). The motion is without merit and is accordingly, DENIED.

DATED this 17th day of May, 2024, at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE